1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | | |
|---|---|---|
| EDUARDO RODRIGUEZ, | ) | No. CV 08-06798-VBK |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| | ) | RE: DISMISSAL |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

On July 9, 2009, the Court issued a Minute Order ordering Plaintiff to file a Motion for Summary Judgment within 14 days and warning Plaintiff that failure to comply could result in an Order to Show Cause re: Dismissal.

As of this date, Plaintiff has failed to comply with the July 9, 2009 Minute Order.

Accordingly, on or before August 18, 2009, Plaintiff is **ORDERED**

//
//
//
//

to show good cause in writing, if any exists, why the Court should not dismiss this case for lack of diligent prosecution and failure to comply with the Court's prior Orders.

DATED: August 4, 2009         /s/
                              VICTOR B. KENTON
                              UNITED STATES MAGISTRATE JUDGE